**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| **ARNOLD STEIN and DIANE MILLER**, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>**EDWARD-ELMHURST HEALTH**,<br><br>Defendant. | Case No. 1:23-cv-14515<br><br>The Honorable Steven C. Seeger, Judge |

**DEFENDANT EDWARD-ELMHURST HEALTH'S RULE 12(B)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendant Edward-Elmhurst Health respectfully moves the Court to dismiss plaintiffs' amended complaint as a matter of law with prejudice under Rule 12(b)(6) of the Federal Civil Rules for failure to state a claim upon which relief can be granted. Edward-Elmhurst is submitting a memorandum in support of this motion contemporaneously with this motion filing, explaining further the grounds for this motion, which memorandum is incorporated by reference herein. Counsel for Edward-Elmhurst is further available for oral argument to address the issues raised by this Rule 12(b)(6) motion to the extent so desired and at the convenience of the Court.

Dated: March 19, 2024

Respectfully submitted,

By: /s/ David Carney
*Counsel for Defendant Edward-Elmhurst Health*

Bonnie Keane DelGobbo
bdelgobbo@bakerlaw.com
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
Firm No. 46365

David Carney
dcarney@bakerlaw.com
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 861-7634