**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD STEIN and DIANE MILLER, *individually and on behalf of all others similarly situated,* | ) | |
| Plaintiffs, | ) | Case No. 23-cv-14515 |
| v. | ) | |
| EDWARD-ELMHURST HEALTH, | ) | The Honorable Steven C. Seeger, United States District Judge |
| Defendant. | ) | |

**DEFENDANT EDWARD-ELMHURST HEALTH'S MOTION FOR RECONSIDERATION AND ALTERNATIVELY FOR INTERLOCUTORY APPEAL**

Defendant Edward-Elmhurst Health, by and through the undersigned counsel, respectfully moves the Court for reconsideration of the Court's February 21, 2025 Opinion & Order (Dkt. # 53) on the federal Wiretap Act's tortious or criminal conduct exception pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

In the alternative, Edward-Elmhurst respectfully moves the Court for certification of the following question to the Seventh Circuit under 28 U.S.C. § 1292(b) for interlocutory appellate review: Whether Stein and Miller's allegations about alleged illegal wiretapping made in connection with digital marketing on Edward-Elmhurst's public websites state a plausible claim for relief under the federal Wiretap Act, 18 U.S.C. § 2510, *et seq.*, as a matter of law.

The grounds for this motion are set forth more fully in the attached memorandum in support, which is incorporated by reference herein. Oral argument is respectfully requested on this motion at the convenience of the Court.

Dated: March 21, 2025

Respectfully Submitted,

By: */s/ David Carney*

David Carney
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 621-0200
dcarney@bakerlaw.com

*Counsel for Defendant*
*Edward Elmhurst Health*

Bonnie Keane DelGobbo
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, IL 60606
(312) 416-6200
bdelgobbo@bakerlaw.com