# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 10, 2026

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 26-1742

Caption:
ARNOLD STEIN and DIANE MILLER,
Plaintiffs - Appellees

v.

EDWARD-ELMHURST HEALTH,
Defendant - Appellant

District Court No: 1:23-cv-14515
Clerk/Agency Rep Thomas G. Bruton
District Judge Steven C. Seeger

Date NOA filed in District Court: 04/09/2026

If you have any questions regarding this appeal, please call this office.